# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IZET BECIREVIC,

     Plaintiff,

v.                               CASE NO. 4:18-CV-00363-ALM-CAN

NAVIENT,

     Defendant.

_____/

## SUPPLEMENTAL DECLARATION OF CARL O. CANNON

I, Carl O. Cannon, declare as follows:

1.     I am an employee of defendant Navient Solutions, LLC ("NSL"). I am over the age of eighteen, and am fully competent to make this declaration. I am employed by NSL in the position of Senior Account Analyst. I am familiar with the recordkeeping and policies of NSL, and I make this Declaration on the basis of my personal knowledge or upon my review of the records of NSL of which I am a custodian, which are maintained in the ordinary course of business, and if called to testify, I could and would competently swear to such facts.

2.     I am familiar with the claims alleged by Plaintiff Izet Becirevic against NSL in the above-captioned lawsuit as they relate to NSL's servicing of Mr. Becirevic's student loans. I have also reviewed NSL's business records, which are kept in the ordinary course of its business, as they relate to the servicing of Mr. Becirevic's student loans.

3.     I have personally reviewed NSL's system of records related to Mr. Becirevic's student loans, including promissory notes, payment histories, communications, correspondence, and other records related to Mr. Becirevic's student loans, and am a custodian for these records.

4.       In my capacity as Senior Account Analyst and based on my experience with NSL and NSL's business records, I have personal knowledge of how NSL generates letters it sends to borrowers such as Mr. Becirevic, including the process by which forbearance approval letters are generated and documented within NSL's system of record, as well as the process by which NSL grants administrative forbearances in connection with loans made under the Federal Family Education Loan Program ("FFELP").

5.       Attached collectively hereto as **Exhibit D-1** are true and correct copies of excerpts from NSL's Correspondence History for Mr. Becirevic's FFELP loans serviced by NSL, and identified by the NSL account number ending "2944-1."

6.       On September 26, 2016, Mr. Becirevic verbally requested a voluntary hardship forbearance. That same day, NSL notified Mr. Becirevic that his request for a hardship forbearance was approved. The hardship forbearance was given an effective date of August 29, 2016, and initially set to end February 28, 2017. NSL later adjusted the end date of the hardship forbearance period to September 11, 2016, after receiving Mr. Becirevic's false certification discharge application dated September 12, 2016.

7.       On or about October 5, 2016, NSL granted Mr. Becirevic an administrative forbearance based on his submission of a false certification discharge application dated September 12, 2016. The administrative forbearance period was made retroactive to September 12, 2016, and initially set to end on September 11, 2017. NSL grants administrative forbearances in situations like Mr. Becirevic's to facilitate a loan guarantor's review and approval or denial of an application for false certification discharge, as permitted by applicable regulations issued by the U.S. Secretary of Education under the Higher Education Act of 1965 ("HEA"). *See* 34 C.F.R. § 682.211(f)(8) (authorizing lenders to grant forbearances "[f]or periods necessary for the Secretary or guaranty

2

agency to determine the borrower's eligibility for discharge of the loan because of an unpaid refund, attendance at a closed school or false certification of loan eligibility").

8.      When NSL extends an administrative forbearance to a borrower to permit review of a false certification discharge application, a separate forbearance application is not required. Also, NSL does not enter into administrative forbearance agreements in such cases.

9.      On or about October 10, 2016, NSL submitted an Ability to Benefit ("ATB") claim for payment to ECMC, the loan guarantor, based on Mr. Becirevic's false certification discharge application. The submission of the ATB claim was not based on a loan default. NSL did not place Mr. Becirevic's loan account in a default status when it submitted the ATB claim to ECMC. NSL did not terminate any forbearance agreement with Mr. Becirevic on this date. NSL also did not impose $960.49 in "collection" fees to Mr. Becirevic's account on that date.

10.     The reference to "collateral" in NSL's Correspondence History for the loans on October 10, 2016, does not mean or imply that NSL engaged in collection activity for Mr. Becirevic's account. "Collateral" in this context refers to the loan documents supplied to ECMC in connection with NSL's ATB claim, including his master promissory note.

11.     On or about October 21, 2016, NSL received an accepted claim response from ECMC in connection with NSL's ATB claim.

12.     On or about March 29, 2017, ECMC returned NSL's ATB claim as rejected following ECMC's payment of a default claim on March 23, 2017, due to Mr. Becirevic's failure to reaffirm his FFELP loans after the denial of his false certification discharge application.

13.     On April 2, 2017, Mr. Becirevic's accessed his account in NSL's Manage Your Loans ("MYL") portal. The Correspondence History for Mr. Becirevic's account does not reflect

that he requested or obtained any letter from NSL's website on April 2, 2017. In addition, NSL did not enter into a forbearance agreement with Mr. Becirevic on April 2, 2017.

14.     Attached hereto as **Exhibit D-2** is a true and correct copy of a Tea Leaf session reflecting online activity in connection with Mr. Becirevic's account in NSL's MYL portal on April 15, 2017.

15.     I have reviewed NSL's business records for call recordings relating to Mr. Becirevic's account from 2016 to 2017. I identified recordings on September 1, 2016, September 26, 2016, and December 1, 2016. No additional recordings exist for the years 2016 to 2017.

16.     NSL did not engage in any collection activity in connection with Mr. Becirevic's account during the time period relevant to his Complaint, September 26, 2016 to April 2, 2017, because his FFELP loans were continuously in forbearance.

17.     **Exhibits D-1** to **D-2** hereto are business records for Mr. Becirevic's FFELP Loans. NSL (i) contemporaneously maintains the business records in its systems of record in the ordinary course of its business; (ii) the business records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters; (iii) the business records were kept in the course of the regularly conducted activity; (iv) making these records was a regular practice of that activity; (v) NSL relies on the accuracy of these records in regularly conducting its business; (vi) NSL's systems of record are reliable; (vii) NSL has developed procedures whereby it maintains the records associated with its student loan servicing accounts by contemporaneously inputting recorded or logged information into its systems of record; (viii) these procedures have built-in safeguards to provide for the accuracy and identity of the data; (ix) NSL keeps its systems of record in a good state of repair; (x) I recognize **D-1** to **D-2** as true and correct copies of business records

obtained from NSL's systems of record and created from data maintained in NSL's business records for Mr. Becirevic's FFELP loan accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of January 2019,

_Carl O. Can_____

Carl O. Cannon

# EXHIBIT D-1

**CLASS-151-BORROWER CORRESPONDENCE HISTORY**---------------- **LSC/F**       **05/17/18**
>NXT SCR 151 SSN _____ PG ___ OWN _____ ST ____ GU ___ LN ___ DT _____
**SSN** ████████8504 1   **LOANS** ALL    **PROG** GS    **STATUS** ****   **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                **OWNER** ***************
**LETTER REQUEST** ____ CLASS CD           **LOANS SELECTED** 123456..............
                   UNITY CD ____

| DATE | SOURCE | MESSAGE | PST/RESOLVE |
|------|--------|---------|-------------|

████████████████████████████████████████████████

_ 092616 MYL2   TW50 LOGIN SUCCESSFUL                           092616
_ 092616 MYL2   TW50 LOGIN SUCCESSFUL                           092616

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CLASS-151-BORROWER CORRESPONDENCE HISTORY**---------------- **LSC/F**       **05/17/18**
>NXT SCR 151 SSN _____ PG ___ OWN _____ ST ____ GU ___ LN ___ DT _____
**SSN** ████████8504 1   **LOANS** ALL    **PROG** GS    **STATUS** ****   **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                **OWNER** ***************
**LETTER REQUEST** ____ CLASS CD           **LOANS SELECTED** 123456..............
                   UNITY CD ____

| DATE | SOURCE | MESSAGE | PST/RESOLVE |
|------|--------|---------|-------------|
| 051718 | E15776 | | CONT |
| _ 092616 | MYL | TW50 LOGIN SUCCESSFUL | 092616 |
| 092616 | IVRWes TX00 | IVR Call Information, Date of Call 09/26/2016, Tim C092616 e of Call 11:08:43, Caller Dialed 8007221300 | |
| 092616 | C57083 K008 | DIFFICULTY MAKING PAYMENTS | E092716 |
| 092616 | C57083 GHD1 | PERMISSIONS WINDOW OPENED BY AGENT | 092616 |
| 092616 | C48672 TK00 | Ghost Call | 092616 |
| 092616 | C43503 TK00 | Q&A | 092616 |
| 092616 | C43503 TK00 | Claims - General | 092616 |
| 092616 | C43503 TK00 | SN called HL ? Ability to Benefit app of borr | 092616 |
| 092616 | C43503 TK00 | YES | 092616 |
| 092616 | C43503 TK00 | 000000 | 092616 |
| _ 092616 | C43503 TK00 | 000000 | 092616 |

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**       NSL000035

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F        05/17/18
>NXT SCR 151 SSN _____ PG ___ OWN ____ ST ___ GU ___ LN ___ DT ___
SSN ████████8504 1    LOANS ALL    PROG GS    STATUS ****    GUAR VA    OWNER ******
NAME  IZET BECIREVIC                                         OWNER  ***************
LETTER REQUEST _____ CLASS CD            LOANS SELECTED 123456..............
                    UNITY CD _____

   DATE   SOURCE              MESSAGE                           PST/RESOLVE
   051718 E15776                                                CONT
 _ 092616 C57083 TK00 CARES - Borrower may lose FFELP benefits due to fo  092616
                     rb for suffix 1
 _ 092616 C57083 GH00 PRCSD FORV FRM 082916 TO 022817                     092616
   092616 C57083 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY   092616
   092616 C57083 F146 FORBEARANCE APPROVED - SYSTEM                       E092616
   092616 C57083 K119 EXAMPLE OF INTEREST CALCULATIONS                    E092616
   092616 C57083 K305 DIFFICULTY MAKING PAYMENTS DISCLOSURE               E092616
   092616 C57083 TK00 CARES - Processed Verbal Forbearance.                092616
   092616 C57083 TK00 CARES - Advised agent that multiple suffixes exist   092616
                     ed.
   092616 C57083 TK00 Payment Question/Prob                                092616
 _ 092616 C57083 TK00 Forbearance Question/ Request                        092616

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F        05/17/18
>NXT SCR 151 SSN _____ PG ___ OWN ____ ST ___ GU ___ LN ___ DT ___
SSN ████████8504 1    LOANS ALL    PROG GS    STATUS ****    GUAR VA    OWNER ******
NAME  IZET BECIREVIC                                         OWNER  ***************
LETTER REQUEST _____ CLASS CD            LOANS SELECTED 123456..............
                    UNITY CD _____

   DATE   SOURCE              MESSAGE                           PST/RESOLVE
   051718 E15776                                                CONT
 _ 092616 C57083 TK00 borr inq on any updates regarding his  loan discha  092616
                     rge application(ability to benefit), rcvd 9/12/16.
                     advised of 30days timeframe...
   092616 MYL2    TW50 LOGIN SUCCESSFUL                                    092616
   092616 PwrLdr MDOC MDOC ADDR=IN1P41b45ac896 LTR CD=GFB4               100116
   092616 PwrLdr MDOC MDOC ADDR=IN1P41b45ac897 LTR CD=GFB4               100116
   ████████  ████████                                         ████████
   ████████  ████████                                         ████████
   ████████████████████████████████████
   100516 E49759 C028 ALT PHONE CHANGE                                    100516
 _ 100516 ONL125 GH00 ADJUSTED FORV END DT FRM 022817 TO 091116          100516

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).
```

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**        NSL000036

**CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F**      **05/17/18**
>NXT SCR 151 SSN _____  PG ___ OWN ___ ST ___ GU ___ LN ___ DT ___
**SSN** ████████ 8504 1   **LOANS** ALL   **PROG** GS   **STATUS** ****   **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                         **OWNER** ***************
**LETTER REQUEST** _____ CLASS CD ___        **LOANS SELECTED**  123456..............
                        UNITY CD ____

| DATE | SOURCE | MESSAGE | PST/RESOLVE |
|------|--------|---------|-------------|
| | | | CONT |
| 051718 | E15776 | | |
| 100516 | E49759 | C028 ALT PHONE CHANGE | 100516 |
| 100516 | ONL125 | GH00 ADJUSTED FORV END DT FRM 022817 TO 091116 | 100516 |
| 100516 | E49759 | GH00 PRCSD FORA FRM 091216 TO 091117 | 100516 |
| 100516 | E49759 | GL00 NEW CLAIM | 100516 |
| 100516 | E49759 | GL00 CLAIM TYPE IS ATB | 100516 |
| 100516 | E49759 | GL00 NOTIFY DATE IS 2016-09-12 | 100516 |
| 100516 | E49759 | G418 RCVD ABILITY TO BENEFIT DOCS | 100516 |
| 100516 | E49759 | GL00 RECV ATB APP FRM B 091216, APPLIED FORA STATUS FO | 100516 |
| | | R DC, B STATES DID NOT HAVE A GED/HS DIPLM PRIOR T | |
| | | O ENRLMNT | |

**I004 PREVIOUS SCREEN WAS NOT PROCESSED - NO DATA WAS ENTERED**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F**      **05/17/18**
>NXT SCR 151 SSN _____  PG ___ OWN ___ ST ___ GU ___ LN ___ DT ___
**SSN** ████████ 8504 1   **LOANS** ALL   **PROG** GS   **STATUS** ****   **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                         **OWNER** ***************
**LETTER REQUEST** _____ CLASS CD ___        **LOANS SELECTED**  123456..............
                        UNITY CD ____

| DATE | SOURCE | MESSAGE | PST/RESOLVE |
|------|--------|---------|-------------|
| | | | CONT |
| 051718 | E15776 | | |
| 100516 | E71066 | GE00 PER 9/30/16 EVR RECVD; REVD LETTER FRMO SCHL STATI | 100516 |
| | | ING BOR DOESNT HAVE DIPLOMA PRIOR TO ENROLLMENT; A | |
| | | CCOUNT WORKED; NAT | |
| ████████ | ██████ | ████████████████████████████████████████ | ████ |
| 101016 | E17890 | GL00 COLLATERAL SENT CHANGED FROM N TO Y | 101016 |
| 101016 | E17890 | GL00 PASS IND CHANGED FROM   TO M | 101016 |
| 101016 | E17890 | GL00 SUBMIT INDICATOR CHANGED TO: Y | 101016 |
| | | FOR CLM 01 LOANS ..34................. | |
| 101016 | E17890 | GL00 CLAIM FILED   GU-VA OWNER-834071 PG-GS TYPE-ATB | 101016 |
| | | LOAN : ..34................. | |
| | | CCI TYP:FC,DLQ DT:CCYYMMDD  ,CUREINTCAP:   0000.00 | |

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**        NSL000037

**CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F**        **05/17/18**
>NXT SCR 151 SSN _____ PG ___ OWN _____ ST ____ GU ___ LN ___ DT _____
**SSN** ▇▇▇▇ 8504 1    **LOANS** ALL    **PROG** GS    **STATUS** ****    **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                      **OWNER** ***************
**LETTER REQUEST** _____  CLASS CD              **LOANS SELECTED**  123456..............
                         UNITY CD ____

   **DATE  SOURCE**                    **MESSAGE**                    **PST/RESOLVE**
   051718 E15776                                                       **CONT**
 _ 101016 E17890 GL00 PRN CLM:   9866.56, IPTD: 09-11-2016           101016
                      INTCLM:10-09-2016,   0051.43, UNPDCRINT:  0000.00
 _ 101016 E17890 GJ00 LN#:   3 UNPAID TRA BALANCES AT FILING:        101016
                      CAP INTEREST: $      7.56 ORIG FEES: $    26.20
   101016 E17890 GJ00 LN#:   4 UNPAID TRA BALANCES AT FILING:        101016
                      CAP INTEREST: $    926.90 ORIG FEES: $    60.00
   101016 E17890 GL00 CLAIM ASSIGN ID CHANGED FROM GOODPASS TO       101016



**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F**        **05/17/18**
>NXT SCR 151 SSN _____ PG ___ OWN _____ ST ____ GU ___ LN ___ DT _____
**SSN** ▇▇▇▇ 8504 1    **LOANS** ALL    **PROG** GS    **STATUS** ****    **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                      **OWNER** ***************
**LETTER REQUEST** _____  CLASS CD              **LOANS SELECTED**  123456..............
                         UNITY CD ____

   **DATE  SOURCE**                    **MESSAGE**                    **PST/RESOLVE**
   051718 E15776                                                       **CONT**

   120116 IVRCSC TK00 IVR Call Information: 12/01/2016 06:56:23 PM. Call A120116
                      er Dialed 8997221300 BORROWER calling.
   120116 IVRCSC TK00 IVR Call Information: 12/01/2016 06:56:23 PM. Call A120116
                      er Dialed 8997221300 BORROWER calling.


**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**        NSL000038

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F        05/17/18
>NXT SCR 151 SSN _____  PG ___ OWN _____ ST ___ GU ___ LN ___ DT ____
SSN  ██████8504 1  LOANS ALL   PROG GS  STATUS ****  GUAR VA  OWNER ******
NAME  IZET BECIREVIC                           OWNER  ***************
LETTER REQUEST _____ CLASS CD         LOANS SELECTED  123456..............
                     UNITY CD _____

   DATE  SOURCE                  MESSAGE                     PST/RESOLVE
  051718 E15776                                              CONT
_ 120116 E80543 TK00 bwr is upset because  his loans were not discharge  120116
                     d. He is stating he will get a lawyer to file laws
                     uit
  120116 E80543 TK00 adv bwr to call NSLDS to verify who loans were bei  120116
                     ng defaulted thru with UCMC.
  120116 SYSTEM P120 QRTLY FORB STMT - NAV                              E120216
  120116 PwrLdr MDOC MDOC ADDR=IN1P41b5ec329b LTR CD=GFB4               120716
  120216 E18893 MDOC MDOC ADDR=PA1O41b5f960d0 LTR CD=G419               120616
  ██████████████████████████
  121916 E49759 GL00 RECV DENIAL FROM ECMC 120216, GU STATES HOLD OFF C  121916
                     OLLECTION UNTIL APPEAL PROC IS CMPLT, NAN, FORA I
                     ON ACCT

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F        05/17/18
>NXT SCR 151 SSN _____  PG ___ OWN _____ ST ___ GU ___ LN ___ DT ____
SSN  ██████8504 1  LOANS ALL   PROG GS  STATUS ****  GUAR VA  OWNER ******
NAME  IZET BECIREVIC                           OWNER  ***************
LETTER REQUEST _____ CLASS CD         LOANS SELECTED  123456..............
                     UNITY CD _____

   DATE  SOURCE                  MESSAGE                     PST/RESOLVE
  051718 E15776                                              CONT
_ ████████████████████████████████████████     ████████
  ██████████████████████████████████████████     ████████
  ████████████████████████████████████████████     ████████
  ██████ ███████████████████████████████           ████████
  ██████████████████████████████████               ████████
  ████████████████████████████████                 ████████
  011117 E58918 G057 REVIEWED UNPD/FOLLOW-UP                 011117
_ 011117 E58918 GL00 PER GUAR CLAIM STILL PENDING DUE TO DEPT OF ED REV  011117

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).
```

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**          NSL000039



**CLASS-151-BORROWER CORRESPONDENCE HISTORY**--------------- **LSC/F**      **05/17/18**
>NXT  SCR 151  SSN _____ ___ PG ___ OWN _____ ST _____ GU ___ LN ___ DT ___
**SSN** ████8504 1   **LOANS** ALL   **PROG** GS   **STATUS** ****   **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                           **OWNER** ***************
**LETTER REQUEST** ____  CLASS CD ___       **LOANS SELECTED**  123456..............
                        UNITY CD ____

|   DATE   SOURCE |                MESSAGE                | PST/RESOLVE |
|   051718 E15776 |                                       |    CONT     |

_ ██████████████████████████████████████        ████████████
████████████████████████████████████████        ████████████
████████████████████████████████████████        ████████████
████████████████████████████████████████████████      ████████████
██████████████████████████            ████████████
  022017 E49759 GL00  ==RECV LTR FROM ECMC 020617, GU STATES HOLD OFF COLL==  ==022017==
                      ==ECTIONS UNTIL APPEAL PROC IS CMPLT, NAN, LNS ARE I==
                      ==N FORA==
_ ████████████████████████████████        ████████████

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CLASS-151-BORROWER CORRESPONDENCE HISTORY**--------------- **LSC/F**      **05/17/18**
>NXT  SCR 151  SSN _____ ___ PG ___ OWN _____ ST _____ GU ___ LN ___ DT ___
**SSN** ████8504 1   **LOANS** ALL   **PROG** GS   **STATUS** ****   **GUAR** VA   **OWNER** ******
**NAME**  IZET BECIREVIC                                           **OWNER** ***************
**LETTER REQUEST** ____  CLASS CD ___       **LOANS SELECTED**  123456..............
                        UNITY CD ____

|   DATE   SOURCE |                MESSAGE                | PST/RESOLVE |
| --- | --- | --- |
|   051718 E15776 |                                       |    CONT     |
| _ 022417 E58918 | G057  REVIEWED UNPD/FOLLOW-UP | 022417 |
|   022417 E58918 | GL00  ==PER CORR ABOVE GUAR STATES HOLD OFF COLLECTIONS UN== ==TIL APPEAL PROC IS COMPLETE== | ==022417== |
|   030117 SYSTEM | P120  QRTLY FORB STMT - NAV | E030217 |
|   030117 PwrLdr | MDOC  MDOC ADDR=IN1P41b88daced LTR CD=GFB4 | 030517 |
|   030717 E49759 | GL00  ==RECV DENIAL FROM ECMC 022117, ATB WAS DENIED BY ED== ==B HAS 30 DAYS TO RTN ACKNWLDGMT OR CLAIM WILL BE P== ==D AS A DEFAULT== | ==030717== |
|   032317 E16304 | MDOC  MDOC ADDR=PA1S41b9d54c15 LTR CD=ML15 | 040717 |
|   032917 E18640 | GL00  ==CLAIM RETURNED GU==-VA OWNER-834071 PG-GS TYPE-R777 | 032917 |
|   032917 E18640 | GL00  MANUAL ROUTE DELETED | 032917 |
| _ 032917 E18640 | GL00  RET/REJ REASON CODE CHANGED-FROM     TO R777 | 032917 |

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**          NSL000040

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      05/17/18
>NXT SCR 151 SSN _____  PG ____ OWN _____ ST ____ GU ____ LN ___ DT ____
SSN ██████ 8504 1   LOANS ALL   PROG GS   STATUS ****   GUAR VA   OWNER *****
NAME  IZET BECIREVIC                              OWNER  ***************
LETTER REQUEST ____ CLASS CD          LOANS SELECTED  123456..............
                    UNITY CD ____

    DATE   SOURCE                 MESSAGE                    PST/RESOLVE
   051718 E15776                                               CONT
 _ 032917 E18640  C133 REJECT/RETURN REASON CODE CHANGE       032917
   ██████                    ████████████████                 ████
   ████████                                                    ████
   040217 MYL2     TW50 LOGIN SUCCESSFUL                       040217
   040217 MYL2     TW50 LOGIN SUCCESSFUL                       040217
   040217 MYL2     GTB3 WEB CALLBACK LINK DISPLAYED TO USER    040217
   040217 MYL      TW50 LOGIN SUCCESSFUL                       040217
   ████████        ████████████████████████████               █████
   041517          TX00 TEXTED OTP TO Borrower                C041517
   041517 MYL2     TW50 LOGIN SUCCESSFUL                       041517
 _ 041517 MYL2     TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE  041517

 I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
 SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
 PF7=OUT MAIL/PHONE (154). PF8=CRIT CHANGES(155).
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- LSC/F      05/17/18
>NXT SCR 151 SSN _____  PG ____ OWN _____ ST ____ GU ____ LN ___ DT ____
SSN ██████ 8504 1   LOANS ALL   PROG GS   STATUS ****   GUAR VA   OWNER *****
NAME  IZET BECIREVIC                              OWNER  ***************
LETTER REQUEST ____ CLASS CD          LOANS SELECTED  123456..............
                    UNITY CD ____
```

```
    DATE   SOURCE                 MESSAGE                    PST/RESOLVE
   051718 E15776                                               CONT
 _ 041717 E67503  GL00 LNS:3-4     / AMT OF WRTFF:306.63       041717
                       W/OFF RQSTD FOR RISKSHARE % -97
 _ 041717 E67503  GL00 RSN CAT O,CSD 869,RSP M,FIN RES OXXO,CNTRL 450098  041717
   041717 E67503  GL00 MANUAL ROUTE DELETED                   041717
   041717 E67503  GL00 RVWD SUPP 3-4;GU PD CLM AS DFLT;APPLD RSKSHR  041717
   ████████████████████████          ████████████            ██████
   ████████        ██████████████████████                    ██████
   ████████████    ██████████████████████                    ██████
   ████████        ████████████████████████████              ██████

 I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
 SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
 PF7=OUT MAIL/PHONE (154). PF8=CRIT CHANGES(155).
```

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F       05/17/18
>NXT SCR 151 SSN _____ __ PG ___ OWN ___ ST ___ GU ___ LN ___ DT ___
SSN ███████ 8504 1   LOANS ALL   PROG GS   STATUS ****   GUAR VA   OWNER ******
NAME  IZET BECIREVIC                                      OWNER  ***************
LETTER REQUEST ____  CLASS CD ___        LOANS SELECTED  123456..............
                     UNITY CD ____

     DATE  SOURCE              MESSAGE                      PST/RESOLVE
     051718 E15776                                          CONT
```

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- LSC/F       05/17/18
>NXT SCR 151 SSN _____ __ PG ___ OWN ___ ST ___ GU ___ LN ___ DT ___
SSN ███████ 8504 1   LOANS ALL   PROG GS   STATUS ****   GUAR VA   OWNER ******
NAME  IZET BECIREVIC                                      OWNER  ***************
LETTER REQUEST ____  CLASS CD ___        LOANS SELECTED  123456..............
                     UNITY CD ____

     DATE  SOURCE              MESSAGE                      PST/RESOLVE
     051718 E15776                                          CONT
   _ 112817 E67567 GV00 RCVD FLLW UP EML FRM ECMC RQSTNG CLRFCTN OF FRBRNC   112817
                    HSTRY/BOR SUING FOR VLTN OF FRBRNC AGRMNT W/NVNT/
                    BOR PRVD LTR DTD 4.02.17 STTNG FRB PRD UNTL 9.2017
     112817 E67567 GV00 CONTD...CRDT TMLN & NO RCRD OF LTR PRVD BY BOR/FOR   112817
                    GVN VRBLLY THN ADMSTRVLY DUE TO FLS CRTFCTN/BOR'S
                    FORV APP RJCTD/SNT TO PA (L. MATALONI) TO RVW
```

**I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY**
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PHONE(154). PF8=CRIT CHANGES(155).

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**        NSL000042

# EXHIBIT D-2



**User ID**

@usa

**Password**

☐ Remember My User ID

**⊙ Log In**

**❯ Register**

**Forgot User ID    Forgot Password**

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

# NAVIENT.

## Log In

| We're Sorry | Try Logging In Again |
|---|---|

### We're Sorry

**We can't find the User ID and Password combination you entered.**

Remember, your Password is case sensitive

Please go to **Forgot User ID** or **Forgot Password**, or try to log in again.

[ Forgot User ID ]   [ Forgot Password ]

### Try Logging In Again

You have 2 more attempts and then your account will be locked.

**User ID**     User ID

**Password**    Password

☐ Remember My User ID

[ LOG IN ]

**OR**

### Not registered yet? Register for access now

[ Register Now → ]

WARNING- This system may contain U.S. Government information, which is restricted to authorized users ONLY. Unauthorized access, use misuse, or modification of the system or of the data contained herein or in transit to/from this system is prohibited and constitutes a violation of Title 18, United States Code, Section 1030 and may subject the individual to criminal and civil penalties. This system and equipment are subject to monitoring to ensure proper performance of applicable security features or procedures. Such monitoring may result in the acquisition, recording, and analysis/auditing of all data being communicated, transmitted, processed, or stored in the system by a user. If monitoring reveals possible evidence of criminal activity, such evidence may be provided to Law Enforcement Personnel. ANYONE USING THIS SYSTEM EXPRESSLY CONSENTS TO SUCH MONITORING AND RECORDING.

ABOUT US ⸭ | TERMS OF USE ⸭ | PROTECTING YOUR PRIVACY ⸭ | SOCIAL MEDIA POLICIES ⸭ | ABOUT OUR ADS ● | ACCESSIBILITY ⸭ | CONTACT US ⸭

© 2017 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

NSL000417

TimeStamp: 04/15/2017 10:46:18 PM

# Log In

## Forgot Password

Enter your information and we'll help you retrieve your password or create a new one.



🔓 We need this information to find your account.

**1**

| User ID | ████████uss |
|---|---|

**2**

| Social Security Number | · · · — · · — · · · · | ⓘ |
|---|---|---|

OR

| Use Your Account Number | | ⓘ |
|---|---|---|

**3**

| Date of Birth | · · — · · — · · · · |
|---|---|

Cancel          Submit

ABOUT US ⬚  |  TERMS OF USE ⬚  |  PROTECTING YOUR PRIVACY ⬚  |  SOCIAL MEDIA POLICIES ⬚  |  ABOUT OUR ADS ●  |  ACCESSIBILITY ⬚  |  CONTACT US ⬚

© 2017 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

NSL000418

TimeStamp: 04/15/2017 10:46:23 PM



## Log In

Forgot Password

I authorize Navient to send the password hint or temporary password selected above via SMS text messages using an automated dialing device, even if I am charged by my service provider for receiving the messages.

Cancel     Submit

ABOUT US
TERMS OF USE
PROTECTING YOUR PRIVACY
SOCIAL MEDIA POLICIES
ABOUT OUR ADS
ACCESSIBILITY
CONTACT US

© 2017 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks of service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agents of the United States of America.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

NSL000419
TimeStamp: 04/15/2017 10:46:56 PM Ge



# Log In

## Forgot Password

We have sent a text message with your Temporary Password to

When you receive it, enter your User ID and Temporary Password below.



@usa

**LOG IN**

WARNING- This system may contain U.S. Government information, which is restricted to authorized users ONLY. Unauthorized access, use misuse, or modification of the system or of the data contained herein or in transit to/from this system is prohibited and constitutes a violation of Title 18, United States Code, Section 1030 and may subject the individual to criminal and civil penalties. This system and equipment are subject to monitoring to ensure proper performance of applicable security features or procedures. Such monitoring may result in the acquisition, recording, and analysis/auditing of all data being communicated, transmitted, processed, or stored in the system by a user. If monitoring reveals possible evidence of criminal activity, such evidence may be provided to Law Enforcement Personnel. ANYONE USING THIS SYSTEM EXPRESSLY CONSENTS TO SUCH MONITORING AND RECORDING.

**ABOUT US**

**TERMS OF USE**

**PROTECTING YOUR PRIVACY**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**NAVIƎNT.**

# Log In

🔒 We need more information to keep you secure.

We don't recognize the device you're using because you may be using a new computer, cleared your cookies, switched browsers, or changed your browser settings.

This may also happen when you upgrade your operating system or if your internet service provider has changed its settings.

Please provide the information below so we can verify your account.

**1**

Social Security Number [        ] – [        ] – [        ]  ℹ

(OR)

Use Your Account Number [                                    ]  ℹ

**2**

Date of Birth [        ] – [        ] – [        ]

[ Cancel ]      [ Submit ]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NSL000421
TimeStamp: 04/15/2017 10:48:25 PM



# Log In

**All information is Required unless it's labeled Optional.**

Reset Your Password



Submit

ABOUT US

TERMS OF USE

PROTECTING YOUR PRIVACY

SOCIAL MEDIA POLICIES

ABOUT OUR ADS

ACCESSIBILITY

CONTACT US

© 2017 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by, or agencies of the United States of America.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

NSL000422

TimeStamp: 04/15/2017 10:48:55 PM



Message    Profile

Learn

Account Summary

Make a Payment

Auto Pay

Loan Details

Account History

Repayment Options

Inbox/Upload

Tools & Requests

Tax Statements

Help Center

# Account Summary As of 04/15/2017 (ET)

Total Payment Due $0.00

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NSL000423

# Account Summary As of 04/15/2017 (ET)

Total
Payment    **$0.00**
Due:

**Make a Payment**

## Your 
Loans

| Loan | C An St | Au Pa |
|------|---------|-------|
| 1-03 St_ | $_ | No |
| 1-04 St_ | $_ | No |

**Total Current
Balance:
$304.77**

View all Loan
Details

Please note: This
is an attempt to
collect a debt
and any
information
obtained will be
used for that
purpose.

## Recent Payments

| Date | Amount | Status | Coming From |
|------|--------|--------|-------------|

N
R
P

View all Account History

LOOKING TO CHANGE   Use the Repayment Estimator   Repayment

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

NSL000424
TimeStamp: 04/15/2017 10:50:11 PM

# Account Summary As of 04/15/2017 (ET)

| Total Payment Due: | $0.00 | | Make a Payment |
|---|---|---|---|

Apply for a New Loan

## Your Loans 

| Loan | Due Date | Amount | Status | Auto Pay |
|---|---|---|---|---|
| 1-04 Stafford - Subsidized | No Due Date | $0.00 | No Payment Due | |
| 1-04 Stafford - Unsubsidized | No Due Date | $0.00 | No Payment Due | |

IZE

Account #              2944

L  **Total Current Balance:  $304.77**

### View all Loan Details

Please note: This is an attempt to collect a debt and any information obtained will be used for that purpose.

## Recent Payments

| Date | Amount | Status | Coming From |
|---|---|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NSL000425

# Recent Payments

| Date | Amount | Status | Coming From |
|------|--------|--------|-------------|

N
R
P

**View all Account History**

LOOKING TO CHANGE YOUR REPAYMENT PLAN?

**Use the Repayment Estimator at StudentLoans.gov** to evaluate your options.

**Repayment Estimator**

ABOUT US

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ALM

NSL000426

TimeStamp: 04/15/2017 10:50:11 PM   Generation Time:0.654   View Time: 1.

# Tax Statements

## Tax Year 2016

Download your 2016 1098-E Tax Form

Download your 2015 1098-E Tax Form

## What's Important on Your Form 1098-E



**01** The RECIPIENT'S federal tax identification number may be needed on your tax return.

**02** The amount of student loan interest you paid in 2016. You'll provide this amount in the student loan interest deduction portion of your tax return. If you have more than one Form 1098-E, add the amounts together for your total deduction.

Get Adobe Acrobat Reader to download your tax forms

ABOUT US

TERMS OF USE

PROTECTING YOUR PRIVACY

SOCIAL MEDIA POLICIES

ABOUT OUR ADS

SITE MAP

ACCESSIBILITY

CONTACT US

© 2016 - Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, Inc. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NSL000427
TimeStamp: 04/15/2017 10:50:23 PM

# NAVIENT.

# Log Out

You have successfully logged out.

Please close this browser window for your security.

**LOG IN**



### Need a Loan for Next Semester?

**Smart Option Student Loan®**

Three repayment options · Competitive interest rates · No origination fee

ABOUT US

TERMS OF USE

PROTECTING YOUR PRIVACY

SOCIAL MEDIA POLICIES

ABOUT OUR ADS

ACCESSIBILITY

CONTACT US

® 2016 - Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, Inc. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

NSL000428

TimeStamp: 04/15/2017 10:51:48 PM